UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60527-CIV-DIMITROULEAS

ISTONY MARCELON,

　　Plaintiffs,

vs.

PHOENIX MANAGEMENT SERVICES, INC.,

　　Defendant.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon the Parties' Joint Motion Requesting Order Approving Settlement Agreement and to Dismiss Lawsuit with Prejudice [DE 13] ("Motion"), filed on August 18, 2020. [DE 13]. The Court has reviewed the Motion, the Settlement Agreement [DE 13-1] and is otherwise fully advised in the premises.

Having reviewed the relevant terms of the Settlement, the Court will approve the Settlement for fairness and dismiss this case with prejudice.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Motion [DE 13] is **GRANTED**.

2. The Settlement is hereby **APPROVED**.

3. This case is **DISMISSED WITH PREJUDICE,** with each party to bear its own attorneys' fees and costs consistent with the Parties' settlement agreements.

4. The Court retains jurisdiction solely to enforce the terms of the Settlement Agreement.

5. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of August, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record